IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA and
STATE OF ARKANSAS                                                                    PLAINTIFFS

v.                                    CASE NO. 1:18-cv-01040

DELEK LOGISTICS OPERATING LLC and
SALA GATHERING SYSTEMS LLC                                                           DEFENDANTS

## ORDER

Before the Court is the parties' Stipulation and Amended Joint Proposed Schedule. ECF No. 19. In the instant stipulation, the parties state that they have "reached a settlement in principle resolving the claims in the Amended Complaint." However, the parties state that the current lapse in federal appropriations has caused uncertainty and delay and that extending the current deadlines would allow the parties to finalize a proposed consent decree and to confer with officials authorized to approve the terms of the proposed consent decree once federal appropriations are restored.

Upon consideration, the Court finds that instead of extending the deadlines as proposed, the better route would be to lift all deadlines and cancel the trial date pending settlement. Accordingly, all deadlines contained in the Court's Initial Scheduling Order (ECF No. 12) are hereby **LIFTED** and the trial set for November 4, 2019, is hereby **CANCELLED**. The parties are further **DIRECTED** to file status updates with the Court every sixty days and inform the Court as to the current status of the case.

**IT IS SO ORDERED**, this 15th day of January, 2019.

                                                   /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 United States District Judge